RONNIE DEAN PENNON, JR. V. STATE 

NO. 07-00-0259-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

SEPTEMBER 19, 2000

______________________________

RONNIE DEAN PENNON, JR.,

Appellant

V.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 108
TH
 DISTRICT COURT OF POTTER COUNTY;

NO. 39,827-E; HON. ABE LOPEZ, PRESIDING

_______________________________

Before BOYD, C.J., QUINN and REAVIS, JJ.

     Pending before the court is the motion of Ronnie Dean Pennon, Jr. (appellant) to withdraw his notice of appeal.  The motion has been filed before we have rendered a decision in this case and it is signed by appellant’s counsel of record.  Because all the conditions prerequisite to the voluntary dismissal of the appeal have been met, we grant the motion. 

     

Accordingly, the appeal is dismissed pursuant to Texas Rule of Appellate Procedure 42.2(a). Because the proceeding has been voluntarily dismissed at the request of the appellant, we will entertain no motion for rehearing, and our mandate shall issue forthwith.

                                                                            Per Curiam

 Do not publish.